■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE DAIS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Livingston County Court, Cicoria, J.—felony driving while intoxicated; driving while license revoked.) Present—Dillon, P. J., Callahan, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS G. WEST, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Finnerty, J.—burglary, third degree.) Present—Dillon, P. J., Callahan, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MURPHY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Doyle, J.—criminal possession of forged instrument, second degree.) Present—Dillon, P. J., Callahan, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BARBER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Henry, J.—assault, first degree.) Present—Doerr, J. P., Denman, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN DAVIS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Maloy, J.—forgery, second degree.) Present—Doerr, J. P., Denman, Balio, Lawton and Davis, JJ.